# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSHUA SMITH, individually and on behalf
of other similarly situated individuals,

     Plaintiff,

v.

                                             1:22-cv-00447-WJ-JMR

INTERINSURANCE EXCHANGE OF THE
AUTOMOBILE CLUB, aka AAA,

     Defendant.

## ORDER ON
## JOINT MOTION FOR EXTENSION OF CLASS NOTICE DEADLINE
## AND CONTINUANCE OF FINAL APPROVAL HEARING

THIS MATTER came before the Court on Plaintiff's and Defendant's *Joint Motion for Extension of Class Notice Deadline and Continuance of Final Approval Hearing*, **Doc. 42.** The Court, having considered the motion and being otherwise fully advised in the premises, FINDS the Motion well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

(1) The deadline to provide class notices agreed to in the Settlement Agreement, and implemented by the Court's Preliminary Approval Order, shall be extended from January 29, 2026, to February 28, 2026.

(2) By extending the notice deadline in this manner, subsequent deadlines in the Settlement Agreement and the Preliminary Approval order stemming from the notice deadline or the Notice Date shall similarly be extended.

(3) The Final Approval Hearing shall be continued, and set by subsequent Order, to a date on or after May 13, 2026.

**IT IS SO ORDERED.**

/s/_____
JUDGE WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE


**Approved by:**


/s/Kedar Bhasker, *with consent*
KEDAR BHASKER
BHASKER LAW
2741 Indian School Rd. NE
Albuquerque, NM 87106
(505) 407-2088


CORBIN HILDEBRANDT
CORBIN HILDEBRANDT LAW OFFICE
2741 Indian School Rd. NE
Albuquerque, NM 87106
(505) 998-6626


GEOFFREY R. ROMERO
NIKKO HARADA
CHRISTOPHER WINTERS
ROMERO, HARADA & WINTERS, LLC
4801 All Saints Rd NW #A
Albuquerque, NM 87120
(505) 247-3338


ANDREA D. HARRIS
VALLE, O'CLEIREACHAIN, ZAMORA & HARRIS,
P.C.
1805 Rio Grande Blvd NW, Suite 2
Albuquerque, NM 87104
505-888-4357
Fax: 505-883-5613
Email: adh@vozhlaw.com


***Attorneys for Plaintiff***

/s/Rodger Eckelberry
MEENA H. ALLEN
ALLEN LAW FIRM, LLC
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400


RODGER ECKELBERRY
KEVIN P. ZIMMERMAN
BAKER & HOSTETLER LLP
200 Civic Center Drive
Suite 1200
Columbus, Ohio 43215-4138
(614) 228-1541


***Attorneys for Defendant***

2